## EXHIBIT C

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DSTRICT OF NEW JERSEY

| | |
|---|---|
| EARL STANLEY CAUMMISAR, JR., KELLY MCBRYDE, WARREN COLEMAN POWELL, ROGER GLASS, LBCW LIMITED PARTNERSHIP, LBCW HOLDINGS L.P., ACREWOOD 2011, L.P., ERMINE PARTNERS, LLC, and LINDA RIZK, INDIVIDUALLY AND AS A TRUSTEE OF THE ALEXANDRA TRUST AND THE GEOFFREY TRUST, <br><br>　　　　　　　　　Plaintiffs, <br><br>　-against- <br><br>ARSENAL CAPITAL PARTNERS, and TRACTMANAGER HOLDINGS, LLC, <br><br>　　　　　　　　　Defendants. | Civil Action No.: 3:13-cv-06878-JAP-LHG |

### STIPULATION OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and among the parties through their undersigned counsel, that all of the claims in the above-captioned action are dismissed with prejudice.  Each party shall bear its own fees and costs.

| | |
|---|---|
| */s/*_____<br>Andrew J. Levander (admitted *pro hac vice*)<br>David A. Kotler (DK 4210)<br>Jamie R. Hacker<br>DECHERT LLP<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 698-3500<br><br>Jan A. Brody (029721976)<br>CARELLA, BYRNE, CECCHI,<br>OLSTEIN, BRODY & AGNELLO P.C.<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Tel: (973) 994-1700<br><br>*Attorneys for Plaintiffs*<br><br>Dated November 3, 2014 | */s/*_____<br>Marc J. Sonnenfeld (admitted *pro hac vice*)<br>Troy S. Brown (TB# 5151)<br>Jeffrey A. Sturgeon (admitted *pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Tel: (215) 963-5214<br><br>*Attorneys for Defendants* |