RECEIVED
NOV 06 2014
AT 8:30_____M
WILLIAM T. WALSH
CLERK

**EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE DSTRICT OF NEW JERSEY

| | |
|---|---|
| EARL STANLEY CAUMMISAR, JR., KELLY MCBRYDE, WARREN COLEMAN POWELL, ROGER GLASS, LBCW LIMITED PARTNERSHIP, LBCW HOLDINGS L.P., ACREWOOD 2011, L.P., ERMINE PARTNERS, LLC, and LINDA RIZK, INDIVIDUALLY AND AS A TRUSTEE OF THE ALEXANDRA TRUST AND THE GEOFFREY TRUST, <br><br>                Plaintiffs, <br><br>-against- <br><br>ARSENAL CAPITAL PARTNERS, and TRACTMANAGER HOLDINGS, LLC, <br><br>                Defendants. | Civil Action No.: 3:13-cv-06878-JAP-LHG |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and among the parties through their undersigned counsel, that all of the claims in the above-captioned action are dismissed with prejudice. Each party shall bear its own fees and costs.

*So ordered* [signature]

/s/
Andrew J. Levander (admitted *pro hac vice*)
David A. Kotler (DK 4210)
Jamie R. Hacker
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500

Jan A. Brody (029721976)
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO P.C.
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700

*Attorneys for Plaintiffs*

Dated November 3, 2014

/s/
Marc J. Sonnenfeld (admitted *pro hac vice*)
Troy S. Brown (TB# 5151)
Jeffrey A. Sturgeon (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: (215) 963-5214

*Attorneys for Defendants*